AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ *Plaintiff* | ) ) | |
| v. | ) ) | Case No. |
| _____ *Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____                                              _____
                                                                                              *Attorney's signature*

                                                                                   _____
                                                                                              *Printed name and bar number*

                                                                                   _____

                                                                                   _____
                                                                                              *Address*

                                                                                   _____
                                                                                              *E-mail address*

                                                                                   _____
                                                                                              *Telephone number*

                                                                                   _____
                                                                                              *FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of June, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Cathy Ann Hinger
    Womble Carlyle Sandridge & Rice PLLC
    1401 Eye St NW, 7th Floor
    Washington, DC 20005
    (202) 857-4489
    chinger@wcsr.com

                                            Respectfully submitted,

                                            _____/s/_____.
                                            Thomas A. Clare, P.C.
                                            Virginia Bar No. 39299
                                            Attorney for Vienna Metro LLC
                                            Kirkland & Ellis LLP
                                            655 Fifteenth Street, N.W.
                                            Washington, D.C. 20005
                                            Telephone: (202) 879-5000
                                            Facsimile: (202) 879-5200
                                            thomas.clare@kirkland.com